| Date | Pleading Number | |
|---|---|---|
| 12/16/71 | | BROWN V. SOUTHERN AIRWAYS, N.D. GA. No. 15000 |
| | | MAJA HARRIS V. SOUTHERN AIRWAYS, D. N.J., 1655-70 |
| | | MAJA HARRIS V. SOUTHERN AIRWAYS, D. N.J., 1670-70 |
| | | P. A. LORIA V. SOUTHERN AIRWAYS, S.D.N.Y., 70 Civ. 5278 |
| | | Y.G. SHOEBRIDGE V. SOUTHERN AIRWAYS, S.D.N.Y. 71 Civ. 257 |
| | | M.C. GILMORE V. SOUTHERN AIRWAYS, S.D.N.Y., 71 Civ. 245 |
| | | LAJTERMAN, ETC. V. SOUTHERN AIRWAYS, S.D.N.Y. 71 Civ. 246 |
| | | SHOW CAUSE ORDER entered today. Notified counsel. Involved judges. |
| 12/27/71 | 1. | SOUTHERN AIRWAYS, INC. - Status of Cases on Show Cause Order (Notice). |
| 12/30/71 | 2. | PLTF. RONALD D. CYBYSKE, Response to SCO (favors Connecticut) |
| 1/3/72 | 3 | U.S.A. (Deft) Response to SCO (favors S.D.W.Va.) |
| 1/5/72 | | GEORGE J. NATHAN ETC. V. SOUTHERN AIRWAYS, INC., ET AL E.D.N.Y. 71 C 1158 - Order to Show Cause entered today. Sent to counsel involved judge. |
| 1/12/72 | 4 | United States Reply to Third Party Plaintiff Southern Airways' Response to Show Cause Order |
| 1/17/72 | 5 | Kollsman Instrument Corp. response to SCO, designation of attorney, w/cert. of service. |
| 2/1/72 | | HEARING ORDER- Setting A-2 through A-8 for hearing Feb. 25, 1972 Denver, Colorado, Notified Counsel, involved judges. |
| 2/15/72 | | John J. Martin (attorney for Southern Airway) request for postponement or hearing ltr dated 2/11/72 |
| 2/15/72 | | ORDER - Vacating Hearing set for Feb. 25, 1972, Denver, Colorado Notified counsel |
| 3/3/72 | | ORDER- Setting A-1 through A-8 Hearing, Mar. 24, 1972, New York, New York Notified counsel |
| 3/7/72 | | Elizabeth Pruitt v. Southern Airways, Inc., E.D. Ky., 1039 |
| | | Elizabeth Pruitt v. Southern Airways, Inc., D.C., 2274-71 |
| | | ORDER- Amending Show Cause Order entered 12/16/72 and Hearing order entered 3/3/72. Set for hearing New York, New York, 3/24/72 |
| 5/22/72 | | OPINION AND ORDER consolidating A-2, A-3, A-4, A-5, A-6., A-7, B-1 and B-2 in the Southern District of West Virginia and assigning to judge KENNETH K. HALL for consolidated or coordinated pretrial proceedings pursuant to 28 U.S.C. §1407 |
| 5/22/72 | | CONSENT OF CHIEF JUDGE CHRISTIE for JUDGE KENNETH K. HALL to handle litigation. |
| 9/26/72 | | WILSON, ET UX. V. SOUTHERN AIRWAYS, S.D.N.Y., No. 72 Civ. 3850 |
| | | BROWN, ETC. V. SOUTHERN AIRWAYS, S.D.N.Y., No. 72 Civ. 3851 |
| | | SANDERS, JR., ET UX, V. SOUTHERN AIRWAYS, ET AL., S.D.N.Y., No. 72 Civ. 385 |
| | | VANHORN, ET UX. V. SOUTHERN AIRWAYS, S.D.N.Y., No. 72 Civ. 3853 |
| | | ZBORILL, JR. V. SOUTHERN AIRWAYS, S.D.N.Y., No. 72 Civ. 3854 |
| | | STAINBACK, ETC. V. SOUTHERN AIRWAYS, S.D.N.Y., No. 72 Civ. 3855 |
| | | CTO entered today. Notified involved counsel and judges. |
| 10/13/72 | | WILSON, ET UX V. SOUTHERN , S.D.N.Y. 72 Civ. 3850 |
| | | BROWN, ETC. V. SOUTHERN, S.D.N.Y. 72 Civ. 3851 |
| | | SANDERS V. SOUTHERN AIRWAYS, 72 Civ. 3852, S.D.N.Y. |
| | | VAN HORN V. SOUTHERN, S.D.N.Y. 72 Civ. 3853 |
| | | ZBORILL, JR. V. SOUTHERN S.D.N.Y. 72 Civ. 3854 |
| | | STAINBACK, V. SOUTHERN AIRWAYS, S.D.N.Y. 72 Civ. 3855 |
| | | CTO final today. Notified Transferee clerk, judges |

| Date | Pleading Number | |
|---|---|---|
| 11/16/72 | | JENNINGS D. COTTRELL, JR. V. SOUTHERN AIRWAYS, D.C. 2231-72 |
| | | NORMAL A. NASH, ETC. V. SOUTHERN AIRWAYS, INC., D.C. 2232-72 |
| | | JOHN A. REPASY, ETC. V. SOUTHERN AIRWAYS, INC., D.C. 2233-72 |
| | | BRUCE F. SAYLOR, ETC. V. SOUTHERN AIRWAYS, D.C. 2234-72 |
| | | DONALD E. SKEENS, ETC. V. SOUTHERN AIRWAYS, D.C. 2235-72 |
| | | CHESTER T. REESE, ET AL. V. SOUTHERN AIRWAYS, INC., ET AL., D.C. 2254-72 |
| | | CTOs entered today. Notified counsel and involved judges. |
| 12/4/72 | | JENNINGS D. COTTRELL, JR. V. SOUTHERN AIRWAYS, D.C. 2231-72 |
| | | NORMAL A NASH, ETC. V. SOUTHERN AIRWAYS, INC., D.C. 2232-72 |
| | | JOHN A. REPASY, ETC. V. SOUTHERN AIRWAYS, INC., D.C. 2233-72 |
| | | BRUCE F. SAYLOR, ETC. V. SOUTHERN AIRWAYS, D.C. 2234-72 |
| | | DONALD E. SKEENS, ETC. V. SOUTHERN AIRWAYS, D.C. 2235-72 |
| | | CHESTER T. REESE, ET AL. V. SOUTHERN AIRWAYS, D.C. 2254-72 |
| | | CTO final today. Notified transferee clerk, transferor clerk involved judges. |
| 2/28/73 | | BENJAMIN L. CLARK, ETC. V. THE U.S.A., S.D.OH, 72-187 |
| | | CTO entered today. Notified counsel, involved judges. |
| 3/16/73 | | BENJAMIN L. CLARK, ETC. V. THE U.S.A., S.D.OH, 72-187 |
| | | CTO final today. Notified clerks, involved judges. |

OPINION AND ORDER of MAY 22, 1972  *342* F. SUPP. *1400*

DOCKET NO. 94

*Docket Closed*

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

IN RE AIR CRASH DISASTER AT HUNTINGTON, WEST VIRGINIA ON NOVEMBER 14, 1970

*Judge Kenneth K. Hall*

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | Delongelo Brown, etc. v. Southern Airways, Inc. *dismissed 1/14/72* | N.D. Ga. 15000 | → *NO* ← | | SCO 12/16/71 |
| A-2 | Maja Harris, etc. v. Southern Airways *(illegible) dismissed 9/19/72* | New Jersey 1655-70 | Garth | 5/22/72 | SCO 12/16/71 94-1655-70 5/26 |
| A-3 | Maja Harris, etc. v. Southern Airways *(illegible) dismissed 9/19/72* | New Jersey 1670-70 | Garth | 5/22/72 | SCO 12/16/71 94-1670-70 5/26 |
| A-4 | Phyllis Anne Loria, etc. v. Southern Airways, Inc., et al *dismissed 6/19/72* | S.D. N.Y. 70 Civ 5278 | Edelstein | 5/22/72 | SCO 12/16/71 5/31-5/26 94-70 Civ 5278 |
| A-5 | Yolanda Gloria Shoebridge, etc. v. Southern Airways, Inc., et al *dismissed 1/8/73* | S.D.N.Y. 71 Civ. 257 | Edelstein | 5/22/72 | SCO 12/16/71 5/31-5/26 94-71 Civ 257 |
| A-6 | Marie C. Gilmore, etc. v. Southern Airways, Inc., et al *dismissed 1/8/73* | S.D. N.Y. 71 Civ. 245 | Edelstein | 5/22/72 | SCO 12/16/71 5/31-5/26 94-71 Civ 245 |
| A-7 | Israel Lajterman, etc. v. Southern Airways, Inc., et al *dismissed 1/8/73* | S.D. N.Y. 71 Civ. 246 | Edelstein | 5/22/72 | SCO 12/16/71 5/31-5/26 94-71 Civ 246 |
| A-8 | George J. Nathan, etc. v. Southern Airways, et al *dismissed 7/26/73* | E.D. N.Y. 71 C 1158 | Costantino | 5/22/72 | SCO 1/5/72 5/26 94-71 Civ 1158 |
| B-1 | Elizabeth Pruitt, etc. v Southern Airways, Inc. *dismissed 5/14* | E.D. Ky. 1039 | | 5/22/72 | SCO 3/7/72 94-1039 5/26 |
| B-2 | Elizabeth Pruitt, etc. v. Southern Airways, Inc. *dismissed 5/14/73* | D.C. 2274-71 | | 5/22/72 | SCO 3/7/72 94-2274-71 |
| C-1 | Elizabeth Pruitt, etc. v. Southern Airways, Inc. (S.D.N.Y. 72 Civ. 1158) *dismissed 5/14/73* | S.D. West.Va. 2963 | Christie | §1404(a) 4/10/72 | Not heard No SCO ent. 94-2963 |
| D-1 | Wilbert Wilson, et ux, etc. v. Southern Airways, Inc., et al *dismissed 4/18/73* | S.D. N.Y. 72 Civ.3850 | | 10/13/72 | 10/16/72 |
| D-2 | Margaret Brown, etc. v. Southern Airways Inc., et al *dismissed 4/18/73* | S.D. N.Y. 72 Civ.3851 | | 10/13/72 | 10/16/72 |
| D-3 | Lucious Sanders, Jr., et ux, etc. v. Southern Airways, Inc., et al *dismissed 4/18/73* | S.D. N.Y. 72 Civ.3852 | | 10/13/72 | 10/16/72 |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-4 | Elijah Vanhorn, et ux, etc. v. Southern Airways, Inc., et al. *dismissed 4/18/73* | S.D. N.Y. | 72 Civ. 3853 | 10/13/72 | | 4/18/73 | 10/16/72 |
| D-5 | Walter Franklin Zborill, Jr., etc. v. Southern Airways, INc., et al. *dismissed 4/18/73* | S.D. N.Y. | 72 Civ. 3854 | 10/13/72 | | 4/18/73 | 10/16/72 |
| D-6 | Carol L. Stainback, etc. v. Southern Airways, Inc., et al. *dismissed 4/18/73* | S.D.N.Y. | 72 Civ. 3855 | 10/13/72 | | 4/18/73 | 10/16/72 |
| D-7 | Jennings D. Cottrell, Jr., etc. v. Southern Airways, Inc *dismissed 5/22/73* | D.C. Waddy | 2231-72 | 12/4/72 | | 5/22/73 | |
| D-8 | Normal A. Nash, etc. v. Southern Airways, Inc *dismissed* | D.C. Waddy 7/2/73 | 2232-72 | 12/4/72 | | 7/2/73 | 94-2232-72 DC |
| D-9 | John A. Repasy, etc. v. Southern Airways, Inc. *dismissed 5/22* | D.C. Waddy | 2233-72 | 12/4/72 | | 5/22/73 | |
| D-10 | Bruce F. Saylor, etc. v. Southern Airways, Inc. *dismissed 5/22* | D.C. Waddy | 2234-72 | 12/4/72 | | 5/22/73 | |
| D-11 | Donald E. Skeens, etc. v. Southern Airways, Inc., *dismissed* | D.C. 7/2/73 Waddy | 2235-72 | 12/4/72 | | 7/2/73 | 94-2235-72 DC |
| D-12 | Chester T. Reese, et al. v. Southern Airways, Inc., et al. *20 transfers to 6/30/73* | D.C. Waddy | 2254-72 | 12/4/72 | | 7/19/73 | 94-2254-72 DC |
| E-1 | Benjamin L. Clark, etc. v. The United States of America *2/28/73 2 transfers* | S.D. Ohio | 72-187 | 3/16/73 | | 7/16/73 | |
| XYZ-1 | Howard v. Southern Airways, Inc. | W.Va. S. | 3070 | | | 7/2/73 | |
| XYZ-2 | Young v. Southern Airways, Inc. | W.Va. S. | 3071 | | | 7/2/73 | |
| XYZ-3 | Wagner (Weichmann) v. Southern Airways, Inc. *dismissed 1/8/73* | W.Va. S. | 3073 | | | 1/8/73 | |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

IN RE AIR CRASH DISASTER AT HUNTINGTON, WEST VIRGINIA ON NOVEMBER 14, 1970

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | William L. Gower, Esquire<br>John McGuigan, Esquire<br>2311 Bank of Georgia Building<br>Atlanta, Georgia 30303 | Smith, Cohen, Ringel, Kohler, Martin & Lowe<br>First National Bank Tower<br>Atlanta, Georgia 30303 |
| A-2<br>A-3 | William Sellinger, Esquire<br>Sellinger & Chester<br>307 Monroe Street<br>Passaic, New Jersey 07055 | Shanley & Fisher<br>570 Broad Street<br>Newark, New Jersey 07102<br><br>Herbert J. Stern, Esquire<br>United States Attorney<br>Post Office Building<br>Federal Square<br>Newark, New Jersey 07102<br><br>Honorable John Mitchell<br>Attorney General of the United States<br>Department of Justice<br>Washington, D. C. |
| A-4<br>A-5<br>A-6<br>A-7 | F. Lee Bailey, Esquire<br>Aaron J. Broder, Esquire<br>350 Fifth Avenue<br>New York, New York 10001 | (SOUTHERN AIRWAYS, INC.)<br>ROBERT F. EWALD<br>Bigham, Englar, Jones & Houston<br>99 John Street<br>New York, New York 10038 |
| A-8 | Emile Z. Berman, Esq.<br>Harold Frost, Esq. App.<br>77 Water Street<br>New York, New York | (McDONNELL DOUGLAS CORP.)<br>HAROLD V. McCoy<br>Crowe, McCoy & Agoglia<br>953 Franklin Avenue<br>Garden City, New York 11530 |
| B-1 | Beckett, Burford & James<br>418 8th Street<br>Huntington, West Virginia | UNITED STATES<br>Mark R. Dombroff<br>Gerard R. Lear, Esquire<br>Civil Division, Torts Section<br>Department of Justice<br>Washington, D. C. 20530 |
| B-2 | George E. Farrell, Esq.<br>1125 Federal Bar Building<br>1819 H. Street, N.W.<br>Washington, D. C. 20026 | KOLLSMAN INSTRUMENT CORP.<br>James Caughlin, Esq.<br>Mendes & Mount<br>26 William St.<br>New York, New York 10038 |

| No. | Plaintiff | Defendant |
|---|---|---|
| | | B-1<br>Southern Airways<br><br>Jenkins Schaub & Fenstermaker<br>500 Kelley-Hatfield Building<br>704 Fourth Avenue<br>Huntington, W. Va.  25700<br><br>Diederich and Hermansdorfer<br>500 Price Bldg<br>Ashland, Kentucky  41101<br><br>B-2<br>Southern Airways<br><br>Roy Leifflen<br>714 Nat'l. Press Bldg.<br>Washington, D. C. |
| D-1<br>thru<br>D-6 | Peter J. Magee, Esquire<br>Speiser, Shumate, Geoghan & Krause<br>200 Park Avenue<br>New York, New York  10017 | SOUTHERN AIRWAYS<br>    (Same as Above - Ewald)<br>McDONNELL-DOUGLASS<br>    (Same as above - McCoy) |
| D-7<br>thru<br>D-11 | George E. Farrell, Esq.<br>Farrell and Jones<br>1125 Federal Bar Building<br>1819 H. Street N.W.<br>Washington, D. C.  20006 | |
| D-12 | Candace L. Cowan<br>Attorney at Law<br>201 I Street, S.W. #640<br>Washington, D. C.  20024 | |
| E-1 | Chester T. Freeman, Esq.<br>50 West Broad Street<br>Suite 2520<br>Columbus, Ohio  43215 | |

p. _____

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 94 -- IN RE AIR CRASH DISASTER AT HUNTINGTON, W.VA. ON NOV. 14, 1970

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Southern Airways, Inc. | A-1 thru A-7; D-1 thru D-6 |
| United States of America (3d-pty def.) | A-2; A-3 |
| McDonnell Douglas Corp. | A-4 thru A-7; D-1 thru D-6 |
| Kollsman Instrument Co. | A-8 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |